# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, LOCAL 246,<br><br>Plaintiff/Petitioner,<br><br>v.<br><br>JT2 INC. D/B/A TODD COMPANIES,<br><br>Defendant/Respondent. | No. CV 23-07001-DMG (AJRx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Plaintiff United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, Local 246's ("the Union") Motion to Enforce, and denying Defendant JT2 d/b/a Todd Companies' ("JT2") Motion to Vacate, filed September 30, 2024,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the Union as follows:

1. The Arbitration Award issued in favor of the Union, and against JT2, by Arbitrator Hon. Franz Miller (Ret.) on July 31, 2023, is confirmed in all respects.

2. JT2 is ORDERED to pay the Union the following sums:

   a. **$1,628,166** to be held in trust for the members of the Union and distributed among the members who were eligible to work on the Project.

   b. **$83,906.31** in pre-judgment interest from July 31, 2023 to October 23, 2024, plus an additional **$186.46** in pre-judgment interest from October 23, 2024 through the date of this judgment.

   c. **$186.46** in post-judgment interest for each day from entry of judgment until JT2 pays the award in full.

DATED: October 23, 2024

_____
DOLLY M. GEE
CHIEF U.S DISTRICT JUDGE